United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Joseph Wongbe Cooper  
Wanda Lynn Cooper  
    Debtors

Case No. 21-02689-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jan 24, 2022      Form ID: ntcnfhrg      Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph Wongbe Cooper, Wanda Lynn Cooper, 106 Reston Dr, East Stroudsburg, PA 18301-6929 |
| 5452132 | | Apothaker Scian PC, 520 Fellowship Road, Suite C306, PO Box 5496, Mt Laurel, NJ 08054-5496 |
| 5452133 | + | Bank of America, 4909 Savarese Circle, Tampa, Fl 33634-2413 |
| 5452136 | | Carrington Mortgage Services, 2201 East 196th Street, Westfield, IN 46074 |
| 5452138 | + | Consumer Portfolio Services, 19500 Jamboree Rd, Suite 500, Irvine, CA 92612-2437 |
| 5452141 | + | Edwin A. Abrahamson & Assoc., PC, 120 N. Keyser Ave, Scranton, PA 18504-9701 |
| 5452142 | + | Fedloan Servicing, POB 60610, Harrisburg, PA 17106-0610 |
| 5452149 | + | Nicholas Charles Haros, Esquire, Young & Haros, LLC, 802 Main Street, Stroudsburg, PA 18360-1602 |
| 5452150 | + | Penn Estates Property Owners Assoc, 304 Cricket Drive, East Stroudsburg, PA 18301-8996 |
| 5452153 | | Select Portfolio Servicing, Inc, 3815 South West Temple St, Salt Lake City, UT 84115-4412 |
| 5452154 | + | Select Portfolio Servicing, Inc., 10401 Deerwood Park BV, Jacksonville, FL 32256-5007 |
| 5452157 | + | US Bank, NA, Trustee, c/o BAC, MC: CA6-914-01-43, 1800 Tapo Canyon Road, Simi Valley, CA 93063-6712 |
| 5452158 | + | WebBank/Fingerhut, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |
| 5452159 | + | XCel Federal Credit Union, 1460 Broad Street, Bloomfield, NJ 07003-3014 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 24 2022 18:45:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 24 2022 18:46:29 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5453551 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 24 2022 18:45:00 | Americredit Financial Services, Inc., Dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5452137 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 24 2022 18:45:00 | CB Indigo/Celtic Bank, PO Box 4499, Beaverton, OR 97076-4499 |
| 5452134 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jan 24 2022 18:46:11 | Capital One Auto Finance, CB Disputes Team PO Box 259407, Plano, TX 75025-9407 |
| 5452642 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 24 2022 18:46:29 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5452135 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 24 2022 18:46:11 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5455155 | | Email/Text: bankruptcy@consumerportfolio.com | Jan 24 2022 18:45:00 | Consumer Portfolio Services, P.O. Box 57071, Irvine, CA 92619-7071 |
| 5452139 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 24 2022 18:46:12 | Credit One Bank, 6801 S. Cimarron Road, Las Vegas, NV 89113-2273 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5452140 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 24 2022 18:46:12 | Credit One Bank, PO Box 98872, Las Vegas NV 89193-8872 |
| 5452143 | + | Email/Text: bnc-bluestem@quantum3group.com | Jan 24 2022 18:45:00 | Fingerhut/Webbank, 6250 Ridgewood Road, St. Cloud, MN 56303-0820 |
| 5452144 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 24 2022 18:46:11 | First Premier Bank, 3820 N Louise Ave, Tape Only, Sioux Falls, SD 57107-0145 |
| 5452145 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 24 2022 18:45:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 5452146 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 24 2022 18:45:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadlphia PA 19101-7346 |
| 5454688 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2022 18:46:20 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5452147 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2022 18:46:20 | LVNV Funding, LLC, 55 Beattie Place, Greenville, SC 29601-5115 |
| 5452148 | + | Email/Text: bankruptcy@sccompanies.com | Jan 24 2022 18:45:00 | Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5452151 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 24 2022 18:46:29 | Portfolio Recovery, 120 Corporate Blvd Suite 100, Norfolk, VA 23502 |
| 5452152 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jan 24 2022 18:56:40 | Regional Acceptance Corp., 1424 East Fire Tower Road, Greenville, NC 27858-4105 |
| 5452780 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jan 24 2022 18:56:40 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 5452155 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 24 2022 18:45:00 | TBOM/Fortiva MC, PO Box 105555, Atlanta, GA 30348-5555 |
| 5452156 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 24 2022 18:45:00 | The Bank of Missouri/Milstne, PO Box 4499, Beaverton, OR 97076-4499 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5455134 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5452643 | *+ | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2022      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| J. Zac Christman | on behalf of Debtor 1 Joseph Wongbe Cooper zac@fisherchristman.com office@fisherchristman.com |
| J. Zac Christman | on behalf of Debtor 2 Wanda Lynn Cooper zac@fisherchristman.com office@fisherchristman.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-3 bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Joseph Wongbe Cooper,

**Debtor 1**

Wanda Lynn Cooper,

**Debtor 2**

Chapter 13

Case No. 5:21−bk−02689−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**March 1, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: March 8, 2022 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: ChristopherGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 24, 2022 |

ntcnfhrg (08/21)